IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CARL JONES** | : | CIVIL ACTION |
| *Plaintiff* | : | |
| | : | NO. 14-3423 |
| v. | : | |
| | : | |
| **OFFICER RICHARD BARTH**, *et al.* | : | |
| *Defendants* | : | |

# O R D E R

**AND NOW,** this 15th day of January 2015, upon consideration of the *motion to dismiss Plaintiff's amended complaint* filed by Defendants Officer Richard Barth and Chester Township pursuant to Federal Rule of Civil Procedure 12(b)(6), [ECF 9], Plaintiff's opposition thereto, [ECF 13], and the allegations contained in the amended complaint, [ECF 6], it is hereby **ORDERED** that the motion to dismiss is **GRANTED,** consistent with the reasons set forth in the accompanying Memorandum Opinion. Plaintiff shall have twenty (20) days from the docketing date of this Order to file a second amended complaint.

BY THE COURT:

/s/ Nitza I. Quiñones Alejandro
NITZA I. QUIÑONES ALEJANDRO, J.